TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00553-CV







Vicente Gonzales, Appellant



v.



Eljer Manufacturing d/b/a/ Dry Manufacturing, Appellee







FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT


NO. 12,167, HONORABLE JOHN E. SUTTON, JUDGE PRESIDING







PER CURIAM


 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Justices Powers, Jones and B. A. Smith

Dismissed on Joint Motion

Filed: April 3, 1996

Do Not Publish